# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 8:12-BK-04372 CPM  
**Case Name:** TURNER, MICHAEL J.  
TURNER, JUDITH E.  
**Period Ending:** 03/31/13

**Trustee:** (290039) RICHARD M. DAUVAL  
**Filed (f) or Converted (c):** 03/27/12 (f)  
**§341(a) Meeting Date:** 04/27/12  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Debtors' Former Homestead Property 5023 23rd Str<br>Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 140,000.00 | 0.00 | | 0.00 | 7,500.00 |
| 2 | Timeshare, Timeshare at Village of Loon Mountain<br>Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 500.00 | 500.00 | | 0.00 | FA |
| 3 | Timeshare, Timeshare at The Summit of Massanutte<br>Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account w/ Bank of America<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Savings Account w/ Bank of America<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 37.00 | 0.00 | | 0.00 | FA |
| 6 | 2 Beds Armoire 2 Bureaus 4 Desks Kitchen Table F<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | 2 Decorative Hangings Approx. 100 "Lucy and Me"<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 8:12-BK-04372 CPM | Trustee: | (290039) RICHARD M. DAUVAL |
| Case Name: | TURNER, MICHAEL J. | Filed (f) or Converted (c): | 03/27/12 (f) |
|  | TURNER, JUDITH E. | §341(a) Meeting Date: | 04/27/12 |
| Period Ending: | 03/31/13 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | Debtor's Clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Joint Debtor's Clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding Ring Earrings Miscellaneous Costume Jewe<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Golf Clubs<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Term Life Insurance w/ Primerica<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 13 | 401(k) w/ Publix Supermarkets<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,364.87 | 0.00 | | 0.00 | FA |
| 14 | Anticipated 2012 Tax Refund<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:12-BK-04372 CPM  
**Case Name:** TURNER, MICHAEL J.  
TURNER, JUDITH E.  
**Period Ending:** 03/31/13

**Trustee:** (290039)  RICHARD M. DAUVAL  
**Filed (f) or Converted (c):** 03/27/12 (f)  
**§341(a) Meeting Date:** 04/27/12  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | 2008 Hyundai Accent VIN: KMHCN46C28U270855 Milea<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 6,927.00 | 0.00 | | 0.00 | FA |
| 16 | 2006 Honda Reflex Scooter 250CC VIN: JH2MF061X6K<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 17 | Laptop w/ cracked screen Printer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 18 | Dog<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Assets    Totals (Excluding unknown values) | $158,328.87 | $500.00 | | $0.00 | $7,500.00 |

RE PROP# 1  Attempting to short sell the home and create carve out for the estate. Current Trustee Value reflects Trustee's good faith estimate as to carve out to be negotiated for the benefit of the Estate.  
RE PROP# 2  not marketable  
RE PROP# 3  not marketable

**Major Activities Affecting Case Closing:**

04/15/13: emailed lender's attorney for assistance on contact at Chase.

Printed: 04/26/2013 11:57 AM    V.13.13

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

| Case Number: | 8:12-BK-04372 CPM | Trustee: | (290039) | RICHARD M. DAUVAL |
| --- | --- | --- | --- | --- |
| Case Name: | TURNER, MICHAEL J. | Filed (f) or Converted (c): | 03/27/12 (f) | |
| | TURNER, JUDITH E. | §341(a) Meeting Date: | 04/27/12 | |
| Period Ending: | 03/31/13 | Claims Bar Date: | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

03/28/13: Order Granting entered, gave to TKH to initiate short sale negotiation
03/07/13: both parties have executed agreed order and I have uploaded the same to the Court:  2TXPYCT15H
03/01/13: Court approved sale, proposed orders on motion submitted to lender's counsel to sign off.
02/07/13: Docketed Amended Motion and COS
02/06/13: Update HUD and send Amended Motion to COS 19f1f6 66912 %Michael J. Turner
02/06/13: drafted amended motin to sell, provided same to TKH for new HUD and docketing/serving.
02/01/13: new contract, need to draft Amended Motion and file with teh Court. Need to add HOA to Cert of Service. Emaield DA requesting copy of title insurance policy.
01/28/13: buyer dropped out, lost job. Working on getting new buy, will need to file amended motion to sell. Will hold off on filing realtor fee app until amounts are locked in.
01/03/13: Motion to sell drafted and filed on 12/12/2012, no hearing yet set. Called case mgr, he will manage.
12/12/12: Docket Motion and COS
12/06/12: Update Motion and HUD, send to COS 82B36E, mail cert cc to lender http://www.bkattorneyservices3.com/uploads/TurnerMotiontoSell.pdf
12/04/12: rev/ HUD back to TKH for filing and serving
12/03/12: Draft HUD and revise Motion, to RMD for review
12/03/12: HOA issues nailed down, confirmed with TKH that HUD is being drafted and motion will go out soon.
11/19/12: everything is drafted and appears ready to go, awaiting to hear from listing agent to see if there are HOA arrears to contend with. alled B. Ward adn he will email me results.
10/18/12: rev/ motion, return with edits to TKH; drafted application to pay realtor and proposed order - both saved to Caselink.
10/18/12: Research file and draft Motion to Sell and HUD
10/15/12: spoke wit TKH, drafting motion to sell and prepare title search
09/13/12: rec'd and executed offer.Emailed back to listing agent with notice to TKH.
08/10/12: sent email to listing agent to bring me update at next meeting, met with ch sc and he is goign to look into it.
06/25/12: No matter opened for CH COA lead, emailed NDA to confirm whether the COA is viable.

Printed: 04/26/2013 11:57 AM      V.13.13

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

| Case Number: | 8:12-BK-04372 CPM | Trustee: (290039) RICHARD M. DAUVAL |
| Case Name: | TURNER, MICHAEL J. | Filed (f) or Converted (c): 03/27/12 (f) |
| | TURNER, JUDITH E. | §341(a) Meeting Date: 04/27/12 |
| Period Ending: | 03/31/13 | Claims Bar Date: |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

06/22/12: Realtor and LNDB have been hired-AEA

06/14/12: filed app (#15) and order to employ LNDB-AEA

06/12/12: Prepared and filed app. and proposed order to employ realtor.-AEA

05/03/12: audio is in listen minute marker 6:50 mark. Chase kept telling them that they would continue to call until they got a bankrutpcy case number. Emailed information to NDA.

05/03/12: Signed listing agreement and sent it back to KH today.

asset analysis: the house and maybe a CH COA. I emailed UST for audio and am waiting on KH to hire him.

house

**Initial Projected Date Of Final Report (TFR):** May 15, 2013          **Current Projected Date Of Final Report (TFR):** May 15, 2013

Printed: 04/26/2013 11:57 AM     V.13.13